**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Thomas John Gayle
Gayle Law Firm
P. O. Box 3190
Lake Charles LA 70602

**REHEARING ACTION: January 18, 2018**

**Docket Number: 17   00229-CA consolidated with 228-CA**

**COMMON PLACE PROPERTIES, LLC**
**VERSUS**
**ESTATE OF DONALD C. HODGE, SR.**

**Appealed from Calcasieu Parish Case No. 2015-2285 C/W 52,556**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. John E. Conery**
> **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Common Place Properties, LLC** and **Ron**

**Granger** is:

> **Application for Rehearing Granted**.    We hereby grant the
> Plaintiffs'/Appellees' rehearing application to amend the November 2,
> 2017 judgment to allocate costs of the proceeding to
> Defendant/Appellant, the Estate of Donald C. Hodge, Sr., as the party
> cast in judgment.

cc: Donald Carl Hodge, Jr., Counsel for the Appellee